# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-50207-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Dion Anchrum, | |
| Defendant. | |

Before the Court is Defendant's Motion to Terminate Supervised Release Term. Having reviewed defendant's request and the Government's response indicating the government and the probation office do not object, and good cause appearing;

**IT IS ORDERED** granting Defendant's Motion to Terminate Supervised Release Term (Doc. 2). Defendant Michael Dion Anchrum's supervised release is terminated.

Dated this 28th day of May, 2020.

Douglas L. Rayes
United States District Judge